UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>SYLVESTER IJEWERE,<br>   aka "J.J.," and<br>DONNA KAY WELLS,<br><br>            Defendants. | CR No. CR 09 01173<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 1347: Health Care Fraud; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

### COUNTS ONE THROUGH TEN

[18 U.S.C. §§ 1347, 2(b)]

A.   INTRODUCTORY ALLEGATIONS

    At all times relevant to this Indictment:

The Co-Schemers

    1.   Defendant SYLVESTER IJEWERE ("IJEWERE"), also known as ("aka") "J.J.," formed, owned, and operated a durable medical equipment ("DME") supply company called Maydads Medical Supply ("Maydads"). Defendant IJEWERE submitted applications to

Medicare to obtain and maintain a Medicare provider number for Maydads.

2. Maydads' offices were located at 8939 Woodman Avenue, Suite 9, Arleta, California, within the Central District of California.

3. Defendant DONNA KAY WELLS ("WELLS") recruited Medicare beneficiaries to receive DME and provided information belonging to those beneficiaries to a co-schemer ("CS1") and others who paid her for such information.

4. CS1 purchased Medicare beneficiary information from defendant WELLS and other recruiters. CS1 generated and caused to be generated false and fraudulent prescriptions and other documents for power wheelchairs and other DME that CS1 sold to defendant IJEWERE. CS1 also delivered power wheelchairs and other DME to Medicare beneficiaries for Maydads.

5. Between in or about June 2007, and in or about August 2009, Maydads submitted to Medicare claims totaling approximately $470,973, resulting in Medicare payments to Maydads of approximately $232,527.

The Medicare Program

6. Medicare was a federal health care benefit program, affecting commerce, that provided benefits to individuals who were over the age of 65 or disabled. Medicare was administered by the Centers for Medicare and Medicaid Services ("CMS"), a federal agency under the United States Department of Health and Human Services.

7.  Individuals who qualified for Medicare benefits were referred to as Medicare "beneficiaries."  Each beneficiary was given a unique health identification card number ("HICN").

8.  Medicare was subdivided into several parts, including Medicare Part B, which covered physician's services and DME, such as power wheelchairs and power wheelchair accessories.

9.  DME companies, physicians, and other health care providers that provided medical services that were reimbursed by Medicare were referred to as Medicare "providers."  In order to participate in the Medicare program, providers were required to submit an application in which the provider agreed to comply with all Medicare-related laws and regulations.  If Medicare approved a provider's application, Medicare assigned the provider a Medicare "provider number," which was used for processing and payment of claims.

10.  A health care provider with a Medicare provider number could submit claims to Medicare to obtain reimbursement for services rendered to beneficiaries.

11.  Most providers, including Maydads, submitted their claims electronically pursuant to an agreement that they would submit claims that were accurate, complete, and truthful.

12.  Medicare generally reimbursed a provider for DME only if the DME was prescribed by the beneficiary's physician, the DME was medically necessary to the treatment of the beneficiary's illness or injury, and the DME supplier provided the DME in accordance with Medicare regulations and guidelines, which governed whether a particular item or service would be reimbursed by Medicare.

13. CMS contracted with regional contractors to process and pay Medicare claims. The contractor that processed and paid Medicare DME claims in Southern California during the relevant time period was Noridian.

14. To bill Medicare for services rendered, a provider submitted a claim form (Form 1500) to Noridian. Claims submitted were required to be truthful, complete, and not misleading. In addition, when a claim was submitted, the provider certified that the services or supplies covered by the claim were medically necessary.

15. A claim for Medicare reimbursement of DME was required to set forth, among other things, the beneficiary's name and HICN, the type of DME provided to the beneficiary, the date that the DME was provided, and the name and unique physician identification number ("UPIN") of the physician who prescribed or ordered the DME.

B. THE SCHEME TO DEFRAUD

16. Beginning in as early as in or about October 2006, and continuing through in or about October 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant IJEWERE, defendant WELLS, and CS1, together with others known and unknown to the Grand Jury, knowingly, willfully, and with intent to defraud, executed and attempted to execute a scheme and artifice: (a) to defraud a health care benefit program, namely Medicare, as to material matters in connection with the delivery of and payment for health care benefits, items, and services; and (b) to obtain money from Medicare by means of material false and fraudulent pretenses and representations and

4

the concealment of material facts in connection with the delivery of and payment for health care benefits, items, and services.

C.  MEANS TO ACCOMPLISH THE SCHEME TO DEFRAUD

17. The scheme operated in substance as follows:

   a. Defendant WELLS and other co-schemers obtained the names, HICNs, and other information of Medicare beneficiaries by soliciting the beneficiaries with promises of free power wheelchairs and other DME, and by other means.

   b. Defendant WELLS and other co-schemers provided the beneficiaries' names, HICNs, and other information to CS1 and other co-schemers. CS1 and other co-schemers paid defendant WELLS and patient recruiters for the Medicare beneficiaries' names, HICNs, and other information.

   c. CS1 and other co-schemers used the Medicare beneficiary names, HICNs, and other information they received from defendant WELLS and other recruiters to prepare and cause the preparation of false and fraudulent prescriptions, patient files, patient histories, and other documents, which defendant IJEWERE used to support claims by Maydads to Medicare for power wheelchairs, power wheelchair accessories, hospital beds, and other DME.

   d. Defendant IJEWERE and Maydads also received false and fraudulent prescriptions, patient files, patient histories, and other documents from other sources. Defendant IJEWERE used these documents to support claims by Maydads to Medicare for power wheelchairs, power wheelchair accessories, hospital beds, and other DME.

e. After acquiring the fraudulent prescriptions, patient files, patient histories, and other documents from CS1 and other sources, defendant IJEWERE knowingly submitted and caused to be submitted false and fraudulent claims to Medicare for power wheelchairs, power wheelchair accessories, hospital beds, and other DME which were not necessary to the medical needs of the beneficiaries. In some instances, defendant IJEWERE and Maydads submitted false and fraudulent claims to Medicare representing that Maydads had supplied the beneficiaries with power wheelchairs when, in fact, Maydads had supplied the beneficiaries with a motorized scooter or some other less expensive type of DME.

D. <u>THE EXECUTION OF THE FRAUDULENT SCHEME</u>

18. On or about the dates set forth below, within the Central District of California and elsewhere, the defendant or defendants identified below, for the purpose of executing and attempting to execute the fraudulent scheme described above, knowingly and willfully submitted and caused to be submitted to Medicare the following false and fraudulent claims for payment:

| COUNT | DEFENDANT | CLAIM NUMBER | DATE SUBMITTED | AMOUNT SUBMITTED/ AMOUNT PAID | NATURE OF CLAIM |
|---|---|---|---|---|---|
| ONE | IJEWERE | 107241836781000 | 08/29/07 | $6,207.11/ $4,133.58 | Power wheelchair and accessories for E.S. |
| TWO | IJEWERE WELLS | 107291810213000 | 10/18/07 | $6,207.11/ $4,028.78 | Power wheelchair and accessories for M.M. |

| COUNT | DEFENDANT | CLAIM NUMBER | DATE SUBMITTED | AMOUNT SUBMITTED/ AMOUNT PAID | NATURE OF CLAIM |
|---|---|---|---|---|---|
| THREE | IJEWERE | 107297858319000 | 10/24/07 | $6,207.11/ $4,133.58 | Power wheelchair and accessories for M.M. |
| FOUR | IJEWERE | 107338884669000 | 12/04/07 | $6,207.10/ $4,133.58 | Power wheelchair and accessories for D.B. |
| FIVE | IJEWERE | 107351825934000 | 12/17/07 | $140.46/ $112.37 | Hospital Bed for D.B. |
| SIX | IJEWERE | 108052847399000 | 02/21/08 | $6,207.10/ $0.00 | Power wheelchair and accessories for S.G. |
| SEVEN | IJEWERE WELLS | 108241816807000 | 08/28/08 | $6,326.32/ $4,106.05 | Power wheelchair and accessories for E.J. |
| EIGHT | IJEWERE WELLS | 108241816808000 | 08/28/08 | $6,326.32/ $4,106.05 | Power wheelchair and accessories for M.H. |

//
//
//

7

| COUNT | DEFENDANT | CLAIM NUMBER | DATE SUBMITTED | AMOUNT SUBMITTED/ AMOUNT PAID | NATURE OF CLAIM |
|---|---|---|---|---|---|
| NINE | IJEWERE | 108274842149000 | 09/30/08 | $6,274.32/ $4,214.05 | Power wheelchair and accessories for L.M. |
| TEN | IJEWERE | 109049837987000 | 02/18/09 | $6,274.32/ $3,821.90 | Power wheelchair and accessories for H.J. |

A TRUE BILL

/S/
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*(signature)*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

BEONG-SOO KIM
Assistant United States Attorney
Deputy Chief, Major Frauds Section

KERRY C. O'NEILL
Assistant United States Attorney
Major Frauds Section

JONATHAN T. BAUM
Trial Attorney, Fraud Section
United States Department of Justice